# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### BIG STONE GAP DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

JUN 3 0 2011

JULIA C. DUDLEY, CLERK
BY: /s/ C. Cook
DEPUTY CLERK

MICHAEL W. DAY,  )
)
   Plaintiff,  ) Case No. 2:10CV00044
)
v.  ) **JUDGMENT**
)
COMMISSIONER OF SOCIAL  ) By:  James P. Jones
SECURITY,  ) United States District Judge
)
   Defendant.  )

It appearing that no objections have been timely filed to the Report filed April 26, 2011, setting forth the findings and recommendations of the magistrate judge, it is **ADJUDGED AND ORDERED** as follows:

1. The Report and its findings and recommendations are wholly ACCEPTED and APPROVED;

2. The Motion for Summary Judgment by the Commissioner of Social Security ("Commissioner") is GRANTED;

3. The final decision of the Commissioner is AFFIRMED; and

4. This case is closed.

ENTER: June 30, 2011

_____
United States District Judge